IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RODNEY A. HURDSMAN ET AL.**                                                    **PLAINTIFFS**
Reg. # 26372-177,
v.                                          4:09-cv-892

**JAMES SALKELD, Director, Arkansas**                                            **DEFENDANTS**
**Department of Labor and Workforce**
**Education, ET AL.**

## MOTION TO DISMISS

Come now Defendants James Salkeld, Ronald Baker, Ronald Clark, Jonathan Bibb, Charles Covington, Gary Ferrel, Danny King, Dan McAlister, and Harry Chaple by and through their attorneys Dustin McDaniel, Attorney General and Emon Mahony, Assistant Attorney General, and for their motion to dismiss state as follows:

1. Plaintiffs are federal prisoners who contend that the Defendants, by means of a conspiracy against Plaintiffs, have deprived them of their due process rights and equal protection of the law by denying them full experience credit for their electrical apprenticeship work. Plaintiffs also seek judicial review under the federal administrative procedure act.

2. Plaintiffs fail to state a claim on which relief can be granted under procedural due process because they have no liberty or property interests at stake.

3. There is a rational basis for the purported rule that Plaintiffs contend violates the equal protection clause.

4. The Federal Administrative Procedure Act may not be used to review the actions of state agencies.

WHEREFORE, Defendants James Salkeld, Ronald Baker, Ronald Clark, Charles Covington, Gary Ferrel, Danny King, Jonathan Bibb, Dan McAlister, and Harry Chaple respectfully request that the Court dismiss Plaintiff's Complaint against them.

>Respectfully submitted,
>
>DUSTIN McDANIEL,
>Attorney General
>
>By:   /s/ Emon O. Mahony
>Arkansas Bar No. 2008211
>Assistant Attorney General
>323 Center Street, Suite 200
>Little Rock, AR  72201-2610
>Telephone: (501) 683-3296
>Facsimile:  (501) 682-2591
>emon.mahony@arkansasag.gov

## CERTIFICATE OF SERVICE

I, Emon O. Mahony, Assistant Attorney General, hereby certify that on this 1st day of April, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

I, Emon O. Mahony, Assistant Attorney General, hereby certify that on the 1st day of April, 2010, I mailed the document by United States Postal Service to the following non CM/ECF participants:

| | |
|---|---|
| **Rodney A Hurdsman**<br>Reg #26372-177<br>FORREST CITY MEDIUM FEDERALCORRECTIONAL INSTITUTION<br>Inmate Mail/Parcels<br>Post Office Box 3000<br>Forrest City, AR 72336-3000 | **Willie Fleetwood**<br>10714 Nuthatch Drive<br>North Little Rock, AR 72120 |
| **Golden Bowman** | **Roderick Silinzy** |

| | |
|---|---|
| Reg #10667-033<br>FORREST CITY MEDIUM<br>FEDERAL CORRECTIONAL<br>INSTITUTION<br>Inmate Mail/Parcels<br>Post Office Box 3000<br>Forrest City, AR 72336-3000 | Reg #33840-044<br>FORREST CITY MEDIUM<br>FEDERAL CORRECTIONAL<br>INSTITUTION<br>Inmate Mail/Parcels<br>Post Office Box 3000<br>Forrest City, AR 72336-3000 |
| **Antonio Kelly**<br>Reg #23691-009<br>FORREST CITY MEDIUM<br>FEDERAL CORRECTIONAL<br>INSTITUTION<br>Inmate Mail/Parcels<br>Post Office Box 3000<br>Forrest City, AR 72336-3000 | **Edward Jennings**<br>Reg #33090-044<br>FORREST CITY MEDIUM<br>FEDERAL CORRECTIONAL<br>INSTITUTION<br>Inmate Mail/Parcels<br>Post Office Box 3000<br>Forrest City, AR 72336-3000 |
| **Michael Hancock**<br>Reg #20471-045<br>FORREST CITY MEDIUM<br>FEDERAL CORRECTIONAL<br>INSTITUTION<br>Inmate Mail/Parcels<br>Post Office Box 3000<br>Forrest City, AR 72336-3000 | **Anyanso Agwu**<br>Reg #19481-045<br>FORREST CITY MEDIUM<br>FEDERAL CORRECTIONAL<br>INSTITUTION<br>Inmate Mail/Parcels<br>Post Office Box 3000<br>Forrest City, AR 72336-3000 |
| **Kyle Smith**<br>Reg #56841-097<br>FORREST CITY MEDIUM<br>FEDERAL CORRECTIONAL<br>INSTITUTION<br>Inmate Mail/Parcels<br>Post Office Box 3000<br>Forrest City, AR 72336-3000 | **Chris Smith**<br>Reg #08647-028<br>FORREST CITY MEDIUM<br>FEDERAL CORRECTIONAL<br>INSTITUTION<br>Inmate Mail/Parcels<br>Post Office Box 3000<br>Forrest City, AR 72336-3000 |

/s/ Emon O. Mahony