**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

RODNEY A. HURDSMAN, *et al.*                                          PLAINTIFFS

v.                                        Case No. 4:09CV00892 JLH-JJV

JAMES L. SALKELD, Director,
Arkansas Department of Labor and
Workforce Education, *et al.*                                          DEFENDANTS

### ORDER

  Pending before the Court is Defendants' motion (Doc. No. 31) for dismissal of the claims

against them.  In light of Plaintiffs' *pro se* status, they will be granted  thirty (30) days from the entry

date of this Order in which to file their responses.   Plaintiffs are notified of their individual

responsibilities to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states:

"It is the duty of any party not represented by counsel to promptly notify the Clerk and the other

parties to the proceedings of any change in his or her address, to monitor the progress of the case,

and to prosecute or defend the action diligently.  A party appearing for himself/herself shall sign

his/her pleadings and state his/her address, zip code, and telephone number.  If any communication

from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be

dismissed without prejudice.  Any party proceeding *pro se* shall be expected to be familiar with and

follow the Federal Rules of Civil Procedure."

  IT IS SO ORDERED this 6th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE