**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RODNEY A. HURDSMAN ET AL.** **PLAINTIFFS**
**Reg. # 26372-177,**
**v.** **4:09-cv-892**

**JAMES SALKELD, Director, Arkansas Department of Labor and Workforce Education, ET AL.** **DEFENDANTS**

**BRIEF IN SUPPORT OF MOTION TO DISMISS**

Comes now Defendant Kenneth Lamkin in his official capacity as a former member of the State Electrical Apprenticeship Committee[1] by and through his attorneys Dustin McDaniel, Attorney General and Emon Mahony, Assistant Attorney General, and for his Motion to Dismiss states as follows:

On March 29, 2010, the U.S. Marshal Service sent a copy of the complaint and summons to Kenneth Lamkin at the United States Department of Labor office at 700 W. Capitol Little Rock, Arkansas. (Doc. 35). The restricted delivery box was not checked. *Id*. The signature card indicates that Donald Reese, and not Kenneth Lamkin, accepted the mailing. *Id*. Reese did not check the box on the green card, which indicates he did not receive the package as Lamkin's agent. *Id*. Lamkin is no longer employed in the Little Rock office, and undersigned counsel is unaware of Lamkin's whereabouts. Counsel has no reason to believe that Lamkin has actual knowledge of the lawsuit.

---

[1] As undersigned counsel is unable to locate Lamkin, this motion is filed only in a surfeit of caution on behalf of Lamkin in his official capacity as a former member of the State Electrical Apprenticeship Committee in order to ensure that the record is clear on the defect in service and to point out that Mr. Lamkin has no actual notice of the suit so far as can be determined. Undersigned counsel for the State of Arkasnas does not purport to represent Lamkin in his individual capacity nor in his capacity as an employee of the federal government. Likewise, undersigned counsel does not represent Lee Danner, who is purportedly a federal employee.

Because the Marshal Service attempted service of Lamkin via certified mail, they attempted service via Fed. R. Civ. Proc. 4(e), which allows for service via state law. Ark. R. Civ. Proc. 4(d)(8)(A)(i) allows for service via "any form of mail addressed to the person to be served with a return receipt requested and delivery restricted to the addressee or the agent of the addressee." The Arkansas Supreme Court has repeatedly stated that "[s]tatutory service requirements, being in derogation of common-law rights, must be strictly construed and compliance with the requirements must be exact." *E.g. Southeast Foods, Inc. v. Keener*, 335 Ark. 209, 213-24, 979 S.W.2d 885, 887 (1998)

In this case, service of process is insufficient because the Marshal Service failed to restrict delivery to the addressee or the agent of the addressee as required by the Arkansas Rules of Civil Procedure. Because of this failure to restrict delivery, Donald Reese, who is not Lamkin's agent, accepted the mailing. Because exact compliance with the service requirements was not met, service of process was insufficient, and the case against Lamkin should be dismissed.

In addition, Complaint was filed on November 23, 2009, 147 days prior to the filing of this Motion. Fed R. Civ. Proc. 4(m) specifies a 120 day time limit for service of process. Because valid service has not been made within the time limit of Rule 4(m), the case against Lamkin should be dismissed.

Finally, Lamkin incorporates the State Defendants' Brief in Support of the Motion to Dismiss (Doc. 32) by reference and incorporates all arguments therein as though fully set out in this motion.

WHEREFORE, Defendant Kenneth Lamkin respectfully requests that the Court dismiss Plaintiffs' Complaint against him, and for all other just and proper relief.

Respectfully submitted,

DUSTIN McDANIEL,
Attorney General

By: /s/ Emon O. Mahony
Arkansas Bar No. 2008211
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201-2610
Telephone: (501) 683-3296
Facsimile: (501) 682-2591
emon.mahony@arkansasag.gov

**CERTIFICATE OF SERVICE**

I, Emon O. Mahony, Assistant Attorney General, hereby certify that on this 19th day of April, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

I, Emon O. Mahony, Assistant Attorney General, hereby certify that on the 19th day of April, 2010, I mailed the document by United States Postal Service to the following non CM/ECF participants:

| | |
|---|---|
| **Rodney A Hurdsman**<br>Reg #26372-177<br>FORREST CITY MEDIUM<br>FEDERALCORRECTIONAL INSTITUTION<br>Inmate Mail/Parcels<br>Post Office Box 3000<br>Forrest City, AR 72336-3000 | **Willie Fleetwood**<br>10714 Nuthatch Drive<br>North Little Rock, AR 72120 |
| **Golden Bowman**<br>Reg #10667-033<br>FORREST CITY MEDIUM<br>FEDERAL CORRECTIONAL INSTITUTION<br>Inmate Mail/Parcels<br>Post Office Box 3000<br>Forrest City, AR 72336-3000 | **Roderick Silinzy**<br>Reg #33840-044<br>FORREST CITY MEDIUM<br>FEDERAL CORRECTIONAL INSTITUTION<br>Inmate Mail/Parcels<br>Post Office Box 3000<br>Forrest City, AR 72336-3000 |
| **Antonio Kelly**<br>Reg #23691-009 | **Edward Jennings**<br>Reg #33090-044 |

| | |
|---|---|
| FORREST CITY MEDIUM<br>FEDERAL CORRECTIONAL INSTITUTION<br>Inmate Mail/Parcels<br>Post Office Box 3000<br>Forrest City, AR 72336-3000 | FORREST CITY MEDIUM<br>FEDERAL CORRECTIONAL INSTITUTION<br>Inmate Mail/Parcels<br>Post Office Box 3000<br>Forrest City, AR 72336-3000 |
| **Michael Hancock**<br>Reg #20471-045<br>FORREST CITY MEDIUM<br>FEDERAL CORRECTIONAL INSTITUTION<br>Inmate Mail/Parcels<br>Post Office Box 3000<br>Forrest City, AR 72336-3000 | **Anyanso Agwu**<br>Reg #19481-045<br>FORREST CITY MEDIUM<br>FEDERAL CORRECTIONAL INSTITUTION<br>Inmate Mail/Parcels<br>Post Office Box 3000<br>Forrest City, AR 72336-3000 |
| **Kyle Smith**<br>Reg #56841-097<br>FORREST CITY MEDIUM<br>FEDERAL CORRECTIONAL INSTITUTION<br>Inmate Mail/Parcels<br>Post Office Box 3000<br>Forrest City, AR 72336-3000 | **Chris Smith**<br>Reg #08647-028<br>FORREST CITY MEDIUM<br>FEDERAL CORRECTIONAL INSTITUTION<br>Inmate Mail/Parcels<br>Post Office Box 3000<br>Forrest City, AR 72336-3000 |

/s/ Emon O. Mahony