**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

RODNEY A. HURDSMAN, *et al.*
Reg. #26372-177                                                                                                PLAINTIFFS

V.                                              4:09-cv-00892-JLH-JJV

JAMES SALKELD, Director,
Arkansas Dept. of Labor and
Workforce Education, *et al.*                                                                           DEFENDANTS

**ORDER**

      Plaintiffs, who are currently or were previously incarcerated in the custody of the Bureau of Prisons at the Forrest City Medium unit of the Federal Correctional Institute, filed this action pursuant to 42 U.S.C. §§ 1983 &1985, and 28 U.S.C. §§ 2201-02, 2283 & 2284. The Plaintiffs were directed to file Applications for *In Forma Pauperis* status, and, on March 19, 2010, the Court dismissed without prejudice the claims of those Plaintiffs who failed to respond (Doc. No. 21). Plaintiffs have now filed a Motion for Reconsideration (Doc. No. 37) which seeks to reinstate the claims of Plaintiff Michael Hancock, who was previously granted *in forma pauperis* status, and reports that the applications of Plaintiffs Jennings and Silinzy have not been completed by the appropriate Bureau of Prisons staff member.

      1. <u>Michael Hancock</u> - After reviewing the Motion for Reconsideration, Plaintiff Hancock is correct and the undersigned incorrectly caused his dismissal from this matter. Therefore, the Motion will be GRANTED and the Clerk of the Court is directed to re-instate Michael Hancock as a party Plaintiff in this case.

      2. <u>Roderick Silinzy and Edward Jennings</u> - Plaintiff Hurdsman lacks standing to request relief for Plaintiffs Silinzy and Jennings. Therefore, his motion on behalf of Silinzy and Jennings

is DENIED. Plaintiff Hurdsman is credited for trying to provide assistance in organizing this multi-plaintiff matter. However, if Plaintiffs Silinzy and Jennings wish to remain in this lawsuit, they must file their own Motions for Reconsideration. Furthermore, they must each submit an Application to Proceed *In Forma Pauperis*, with the required calculation sheet signed by an authorized official of the detention center at which they are confined. Silinzy's and Jennings' cases were dismissed without prejudice for not complying with Local Rule 5.5 and failing to provide their respective requests to proceed *in forma pauperis*. If they wish to reenter the case, they may do so by submitting the necessary forms as previously ordered by the Court.

IT IS SO ORDERED this <u>19th</u> day of April, 2010.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE