IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RODNEY A. HURDSMAN and WILLIE
FLEETWOOD                                                                                          PLAINTIFFS

v.                                     No. 4:09-cv-892-DPM

JAMES L. SALKELD, Director of the
Arkansas Department of Labor and Workforce
Education (ADOL/WE) and board member of the
Arkansas Board of Electrical Examiners (ABEE);
RONALD E. BAKER, ADOL/WE employee,
Administrator to the ABEE, and committee
member of the State Electrical Apprenticeship
Committee (SEAC); RONALD L. CLARK, ADOL/WE
employee; JONATHAN BIBB, ADOL/WE employee;
CHARLES COVINGTON, ABEE staff member and Chief
Electrical Inspector for the State of Arkansas; GARY
FERREL, Chairman of the ABEE; DANNY KING, ABEE
board member; DAN MCALISTER, Chairman of the
SEAC; HARRY CHAPLE, SEAC committee member;
KENNETH LAMKIN, Arkansas State Director, of the
United State Department of Labor, Bureau of
Apprenticeship Training (USDL/BAT) and SEAC
committee member; and LEE DANNER, USDL/BAT
employee; individually and in their official capacities     DEFENDANTS

### ORDER

The Court appreciates the parties' efforts at the productive status conference last week. Without objection, the dispositive-motion period is

reopened so that Hurdsman and Fleetwood can file a cross motion for summary judgment. The motion is due by 5 October 2012. Responses are due by 19 October 2012. Any short reply should be filed as soon as possible thereafter. The parties should address the questions raised by the Court last week in their briefing on the Plaintiffs' new motion.

The Court also appreciates the parties' efforts to get ready for trial in October. Given the Court's obligations in other cases, and with the loose ends in this case, the Court grants a short continuance on its own motion. Having cross motions for judgment will streamline any trial; and the continuance allows for this. Trial is reset for 10 December 2012. The Court's Amended Final Scheduling Order remains in place otherwise.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2012